IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BYER CLINIC & CHIROPRACTIC, LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY CAPITAL GROUP, INC. and JOHN DOES 1-10,<br><br>Defendants. | No. 13-CV-5377 |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties, through their undersigned counsel, hereby jointly stipulate to the dismissal of this action as follows:

The parties stipulate to the dismissal of all of Plaintiff's claims in this action, with prejudice, with each party waiving the right to an appeal, and the parties each agreeing to bear their own costs and attorneys' fees. Rule 23(e) does not apply to this voluntary dismissal because no class was certified. Putative Class claims are dismissed without prejudice.

**BYER CLINIC &CHIROPRACTIC, LTD**.     **LIBERTY CAPITAL GROUP, INC.**


By:  /s/ Brian J. Wanca                        By: /s/  Jason P. Stiehl
      Attorney for Plaintiff                         Attorney for Defendants

      Brian Wanca                                    Jason P. Stiehl
      Anderson & Wanca                               Seyfarth Shaw LLP
      3701 Algonquin Road, Suite 760                 131 S. Dearborn Street, Suite 2400
      Rolling Meadows, Illinois 60008                Chicago, IL  60603

1

**CERTIFICATE OF SERVICE**

I, Brian J. Wanca, an attorney, hereby certify that on September 26, 2013, I electronically filed the foregoing **Joint Stipulation to Dismiss with Prejudice** with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

/s/    Brian J. Wanca