UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Byer Clinic & Chiropractic, Ltd.
                                    Plaintiff,
v.                                                    Case No.: 1:13−cv−05377
                                                      Honorable Robert W. Gettleman
Liberty Capital Group, Inc., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 30, 2013:

MINUTE entry before Honorable Robert W. Gettleman: On joint stipulation, plaintiff's claims are dismissed with prejudice, with each party to bear it's own costs and attorneys' fees. Putative class claims are dismissed without prejudice. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.